**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiffs*,<br><br>v.<br><br>OPPENHEIMER & CO., INC.,<br><br>*Defendant*. | No. 1:22-cv-7801 (JPC) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Oppenheimer & Co., Inc. ("Oppenheimer" or "Defendant") certifies that the ultimate parent company of Oppenheimer is Oppenheimer Holdings Inc., which is a publicly traded company.

Dated:  November 14, 2022

Respectfully submitted,

*/s/ Nathaniel J. Kritzer*
Nathaniel J. Kritzer
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
nkritzer@steptoe.com

Elizabeth H. Baird (*pro hac forthcoming*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 429-8084
ebaird@steptoe.com

Robyn C. Crowther (*pro hac forthcoming*)

STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
(213) 439-9428
rcrowther@steptoe.com

*Counsel for Oppenheimer & Co., Inc.*
