UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff(s),<br><br>v.<br><br>OPPENHEIMER & CO. INC.,<br><br>                    Defendant(s). | 22-CV-7801 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

By separate Order, the Court is referring the matter to the assigned Magistrate Judge for settlement purposes.

If the parties do not reach a settlement, counsel for all parties shall appear for a case management conference with the Court on **February 27, 2024, at 11:30 a.m. EST**. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 942 848 399, followed by the pound (#) sign.

By **February 20, 2024**, the parties shall submit a joint status letter. The letter shall state whether any party intends to file a dispositive motion and if so, on what basis. The letter shall further describe the efforts the parties have made to settle the action.

SO ORDERED.

Dated: December 1, 2023
       New York, New York

                                                    DALE E. HO
                                        United States District Judge