UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-v-

OPPENHEIMER & CO., INC.,

                Defendant.

CIVIL ACTION NO. 22 Civ. 7801 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Wednesday, December 6, 2023 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:     New York, New York
           December 4, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge