

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

February 7, 2024

Kenneth W. Donnelly
Assistant Chief Litigation Counsel
Direct Dial: (202) 551-4946
Email: DonnellyK@sec.gov

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Oppenheimer & Co. Inc*, 1:22-cv-07801-DEH

Dear Judge Ho:

    The parties jointly submit this letter-motion (*see* Local Rule 7.1(d) and paragraphs 4(a) and 7 of your Honor's Individual Judge's Practices) (1) to advise the Court that they have reached a settlement in principle designed to fully resolve this case and (2) to seek a stay of all proceedings pending a consented final judgment.

    On January 23, 2024, the parties engaged in mediation before Magistrate Judge Sarah Cave. Mediation efforts were successful in that, on February 1, the parties reached a settlement in principle, including for the entry of a civil penalty and injunctions in this case, which would fully resolve the SEC's claims. Before the parties can submit the proposed settlement for the Court's approval, however, SEC Enforcement staff must present the parties' terms to the Commission for formal regulatory approval by this body.[1] SEC actions are generally authorized only by the full Commission, and the settlements of those actions likewise must be reviewed and approved by the full Commission. In addition, the contemplated injunctive relief may trigger statutory disqualifications for Oppenheimer from which Oppenheimer intends to seek Commission relief before it consents to the injunctive relief portion of the settlement terms.[2]

    The internal agency processes of seeking Commission approvals involves many layers of review. While these processes are ongoing, the parties submit that a stay of all proceedings would conserve the resources of the Court and the parties. Therefore, the parties request a stay of all deadlines pending those processes.

---

[1] The SEC is composed of five Commissioners appointed by the President with the advice and consent of the Senate. *See* Section 4(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78d(a).

[2] *See, e.g.,* 17 C.F.R. §230.506(d).

If the parties do not file a consent to entry of a final judgment and a proposed final judgment with the Court by a proposed date of April 5, the parties will file a status report with the Court.  A proposed order is attached.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **/s/ Kenneth W. Donnelly** | **/s/ Elizabeth Baird** |
| Kenneth W. Donnelly | Elizabeth Baird |
| Laura J. Cunningham | EVERSHEDS SUTHERLAND (US) LLP |
| Securities and Exchange Commission | 700 6th Street, NW |
| 100 F Street NE | Washington, DC 20001 |
| Washington, DC 20549 | (202) 383-0100 |
| (202) 551-8255 (Cunningham) | Elizabethbaird@eversheds-sutherland.us |
| (202) 551-4946 (Donnelly) | |
| cunninghaml@sec.gov | Sarah E. Paul |
| donnellyk@sec.gov | EVERSHEDS SUTHERLAND (US) LLP |
| | The Grace Building, 40th Fl. |
| Attorneys for Plaintiff | 1114 Avenue of the Americas |
| | New York, New York 10036 |
| | (212) 389-5000 |
| | SarahPaul@eversheds-sutherland.com |
| | |
| | Attorneys for Defendant |