UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>OPPENHEIMER & CO. INC.,<br><br>Defendant. | No. 1:22-cv-7801-DEH |

### ORDER GRANTING MOTION TO STAY

The Court, having considered the parties' Joint Letter Motion for a Stay, and finding good cause, HEREBY ORDERS AS FOLLOWS:

All proceedings in this case shall be stayed, and if a proposed Final Judgment has not been filed by April 5, 2024 the parties shall file a status report with the Court.

The Clerk of Court is respectfully requested to close ECF No. 33.

Dated: February 8, 2024
New York, New York

IT IS SO ORDERED.

_____
DALE E. HO
UNITED STATES DISTRICT JUDGE