**Eversheds Sutherland LLP (US)**
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980

D: 202.383.0162
F: 202.637.3593

elizabethbaird@eversheds-sutherland.com

December 3, 2024

The Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    SEC v. Oppenheimer & Co. Inc, 1:22-cv-07801-DEH

Dear Judge Ho:

    The parties jointly submit this status update pursuant to the Court's April 8, 2024 Order continuing the stay of this action. (D.I. 36)

    Oppenheimer and SEC Enforcement staff are still in the process of seeking Commission approvals in connection with their settlement in principle, as outlined in our February 7, 2024 Letter Motion. (D.I. 33) Oppenheimer is seeking Commission relief from certain statutory disqualifications that would be triggered by the injunctive relief portion of the settlement terms. Oppenheimer has been engaging with SEC staff in the Division of Corporation Finance ("Staff") on this issue, and on a November 8, 2024 call, Staff raised issues with and requested additional information regarding the matters addressed in the most recent version of Oppenheimer's formal request letter. Oppenheimer is in the process of addressing those issues, providing the additional information, and preparing a revised request letter for Staff's evaluation. SEC Enforcement staff appearing in this case have prepared a recommendation of the settlement terms for consideration by the full Commission. As previously noted, the internal agency processes of seeking Commission approvals for settlement terms and relief from statutory disqualifications undergo separate review processes and involve many layers of analysis.

    We again request that the Court maintain the stay of this action to conserve judicial and party resources while these processes continue to proceed. Within three months, on or before March 4, 2025, the parties will file either (i) a consent to entry of a final judgment and a proposed final judgment, or (2) an updated status report.

The Honorable Dale E. Ho
December 3, 2024
Page 2

Respectfully submitted,

/s/ Elizabeth Baird
EVERSHEDS SUTHERLAND (US) LLP
700 6th Street, NW
Washington, DC 20001
(202) 383-0100
Elizabethbaird@eversheds-sutherland.us

Sarah E. Paul
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Fl.
1114 Avenue of the Americas
New York, New York 10036
(212) 389-5000
SarahPaul@eversheds-sutherland.com

Attorneys for Defendant


/s/ Kenneth W. Donnelly
Kenneth W. Donnelly
Laura J. Cunningham
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-4946 (Donnelly)
(202) 551-8255 (Cunningham)
donnellyk@sec.gov
cunninghaml@sec.gov

Attorneys for Plaintiff