Eversheds Sutherland (US) LLP
Error! Unknown document property name.
Error! Unknown document property name.

D: +1 Error! Unknown document property name.
F: +1 Error! Unknown document property name.

Error! Unknown document property name.@
eversheds-sutherland.com

EVERSHEDS SUTHERLAND

October 3, 2025

The Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    SEC v. Oppenheimer & Co. Inc, 1:22-cv-07801-DEH

Dear Judge Ho:

The parties jointly submit this status update pursuant to the Court's August 5, 2025 Order continuing the stay of this action. (D.I. 50.)

Oppenheimer and SEC staff have reached agreement on the final documentation of their settlement in principle, as outlined in our February 7, 2024 Letter Motion. (D.I. 33.) SEC Enforcement staff is in the process of presenting the settlement terms for consideration by the Commission. Oppenheimer is also seeking Commission relief from certain statutory disqualifications that would be triggered by the injunctive relief portion of the settlement terms. As noted previously, the internal agency processes of seeking Commission approvals for settlement terms and relief from statutory disqualifications undergo separate review processes.

We again request that the Court maintain the stay of this action to conserve judicial and party resources while these processes continue to proceed. Within sixty (60) days, on or before December 3, 2025, the parties will file either (i) a consent to entry of a final judgment and a proposed final judgment, or (2) an updated status report.

Respectfully submitted,

/s/ Sarah Paul
Sarah E. Paul
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Fl.

The Honorable Dale E. Ho
October 3, 2025
Page 2

1114 Avenue of the Americas
New York, New York 10036
(212) 389-5000
SarahPaul@eversheds-sutherland.com

Attorneys for Defendant


/s/ Devon Staren
Devon Staren
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-5346
starend@sec.gov
Attorney for Plaintiff